IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JALETA ABDI UMETA                                      PETITIONER

V.                              CIVIL ACTION NO. 5:26-cv-96-DCB-BWR

WARDEN                                                 RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 14], which recommends that pro se Petitioner Jaleta Abdi Umeta's 28 U.S.C. § 2241 Petition be dismissed as moot and Respondent's Motion to Dismiss be granted. The basis for this recommendation is that Petitioner is no longer in ICE custody, as evidenced by Respondent's Warrant of Removal/Deportation signed by an immigration officer on April 20, 2026, which indicates that Petitioner departed the United States on a chartered flight on April 14, 2026. Id. at 2. The Report was entered on May 4, 2026, and objections were due by May 18, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the

1

"clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Judge Rath's Report, finds that the Petition should be dismissed without prejudice as moot. The Court adopts Judge Rath's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 14] is hereby ADOPTED, Respondent's Motion to Dismiss is GRANTED, and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 21st day of May, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2